UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00210 -IM |
| v. | MISDEMEANOR INFORMATION |
| THEODORE MATTHEE O'BRIEN, | 18 U.S.C. § 111(a)(1) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about July 6, 2020, in the District of Oregon, defendant **THEODORE MATTHEE O'BRIEN**, did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of, AV1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a Class A Misdemeanor.

Dated: July 7, 2020

BILLY J. WILLIAMS
United States Attorney

*/s/ Natalie Wight*
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney