UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00210-IM |
| v. | ORDER DISMISSING INFORMATION WITHOUT PREJUDICE |
| THEODORE MATTHEE O'BRIEN, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss without prejudice the Information, charging the defendant with violating Title 18, United States Code, Section 111(a)(1), pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

    IT IS HEREBY ORDERED that the Information, charging the defendant with violating Title 18, United States Code, Section 111(a)(1) in the above-captioned matter is DISMISSED without prejudice.

Dated: November 4th 2020

*Karin J. Immergut*
HONORABLE KARIN J. IMMERGUT
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney